THE STATE v. EDSELL, *Appellant*.

- Division Two, February 16, 1897.

**Appeals:** NO BILL OF EXCEPTIONS: MURDER: JUDGMENT. Where no bill of exceptions is filed and no error appears in the record proper the judgment of the circuit court will be affirmed, where appellant was convicted of manslaughter in the fourth degree on an indictment charging murder in the first degree.

*Appeal from Franklin Circuit Court.*—HON. RUDOLPH HIRZEL, Judge.

AFFIRMED.

*John W. Booth* and *James Booth* for appellant.

*E. C. Crow*, attorney-general, and *S. B. Jeffries*, assistant attorney-general, for the state.

There being no bill of exceptions in this case and no exceptions saved, there is nothing before the court except the record proper, and in this there is no reversible error.

GANTT, P. J.—On an indictment for murder in the first degree, preferred by the grand jury of Franklin county, the defendant was convicted of manslaughter in the fourth degree and his punishment assessed at $500. From that sentence he appealed to this court but filed no bill of exceptions. He has entered no appearance in this court. There is no error apparent in the record and it is ordered affirmed. SHERWOOD and BURGESS, JJ., concur.